# ELECTRONIC RECORD

COA #   07-14-00145-CR                    OFFENSE:   22.02

STYLE:   Christopher Evans v. The State of Texas          COUNTY:   Coryell

COA DISPOSITION:   REVERSED AND REMANDED          TRIAL COURT:   52nd District Court

DATE: 03/23/2015          Publish: NO   TC CASE #:   21662

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Christopher Evans v. The State of Texas          CCA #:   440-15

_____ State's _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ refused _____          JUDGE: _____

DATE: July 29, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**